In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-427 CV


____________________



GARY MCCUAN, Appellant



V.



TEXAS MUTUAL INSURANCE CO., Appellee






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-179,010






 MEMORANDUM OPINION


 The appellant, Gary McCuan, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss
is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice 


Opinion Delivered December 18, 2008

Before Gaultney, Kreger, and Horton, JJ.